Saturday,
January 20,
1838.

MOORE *v.* BOND and Wife.—In error.

ON a trial of an action for slander, some of the actionable words laid in the declaration must be proved, or the plaintiff cannot recover: proof of equivalent words will not do. *Wheeler* v. *Robb,* 1 Blackf. 330, and note.